UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH MEREDITH ECKER, as
Guardian of ROBERT RAYMOND ECKER,

       Plaintiff,                    Civil Case No. 09-14691
                                           Honorable Patrick J. Duggan

v.

ALLSTATE INSURANCE CO.,

       Defendant.
_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT, PAY ATTORNEY FEES/COSTS, AND DISTRIBUTE PROCEEDS

Plaintiff Kenneth Ecker ("Plaintiff"), as guardian of Robert Ecker, filed this lawsuit on February 24, 2009, seeking to recover personal attendant care benefits under Michigan's no-fault insurance act that Robert Ecker required allegedly as a result of a closed head injury he suffered in a September 9, 1998 motor vehicle accident. On July 9, 2013, Plaintiff filed an unopposed motion to approve settlement, pay attorney fees and costs, and distribute proceeds, which this Court referred to Magistrate Judge Michael Hluchaniuk for report and recommendation ("R&R"). On July 17, 2013, Magistrate Judge Hluchaniuk issued his R&R recommending that this Court grant Plaintiff's motion. (ECF No. 44.)

At the conclusion of his R&R, Magistrate Judge Hluchaniuk advises the

parties that they may object to and seek review of the R&R within fourteen days of service upon them. (R&R at 2-3.) He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*. at 3.) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Hluchaniuk. The Court therefore adopts the recommendation in his R&R.

Accordingly,

**IT IS ORDERED**, that Plaintiff's unopposed motion to approve settlement, pay attorney fees/costs, and distribute proceeds is **GRANTED**.

Dated: August 6, 2013  s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
George T. Sinas, Esq.
Stephen H. Sinas, Esq.
James L. Borin, Esq.
Ian C. Simpson, Esq.